UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 1:18-CR-45

v.                                      Hon. Paul L. Maloney

WILLIAM JOHN EASTERLING,

    Defendant.
_____/

## ORDER VACATING BOND AND ORDERING DEFENDANT DETAINED

On its own motion, and for the reasons stated on the record at a hearing held this date, the Court has reconsidered its decision. The Appearance Bond and Order of Release entered March 5, 2018, is hereby **VACATED,** the Court having found by clear and convincing evidence that no condition or combination of conditions will assure the safety of the community.

Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated: March 6, 2018                              /s/ Ray Kent
                                                                   United States Magistrate Judge